THOMAS J. MURRAY, on Behalf of Himself and All Oth-

ers Similarly Situated, Respondent, v ALLIED CORPORATION, Appellant.—Order unanimously affirmed without costs for reasons stated at Special Term, Hayes, J. (Appeal from order of Supreme Court, Onondaga County, Hayes, J.—class certification.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.